PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Antoinete Mitchell-Brown        Cr.: 20-01076-001
                                                                       PACTS #: 4798273

Name of Sentencing Judicial Officer:    THE HONORABLE GREGORY H. WOODS
                                        UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:      THE HONORABLE JOHN MICHAEL VAZQUEZ
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/04/2019

Original Offense:    Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence: 1 year and 1 day imprisonment, 2 years' supervised release

Special Conditions: Search/Seizure, Financial Disclosure, No New Debt/Credit, and $93,123.14 in Restitution.

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/14/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision violated the special condition which states **'the defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with any installments payment schedule.'** |
|   | On November 30, 2021, our office conducted an Equifax credit inquiry and it revealed that Santangelo opened two (2) credit accounts without the approval of the U.S. Probation Office. |
| 2 | Failed to satisfy restitution. |

U.S. Probation Officer Action:

Mitchell-Brown did not comply with no new debt special condition. On November 17, 2021, our office conducted an Equifax credit inquiry and it revealed Mitchell-Brown opened five (5) accounts without the approval of the U.S. Probation Office.  It is noted the debt incurred was not egregious and totaled $598. She has complied with all other standard and special conditions.

Prob 12A – page 2
Antoinete Mitchell-Brown

Throughout her term of supervised release, Mitchell-Brown has paid $885 towards her restitution. Mitchell-Brown was ordered to pay monthly installments of 10% of her gross monthly income. When confronted regarding her inconsistency with monthly payments, Mitchell-Brown reported a financial hardship due to her employment contract ending. Michell-Brown was verbally reprimanded for failure to make restitution payments as ordered by the Court and was directed to make a good faith payment. Her last payment was made on February 11, 2022 for $250.

The individual under supervision's term of supervision is due to expire on May 13, 2022, with an outstanding restitution balance of $92,238.14. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
        Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*                    04/14/2022
KELLY A. MACIEL                  Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on May 13, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

**4/18/2022**
Date